PER CURIAM:
The court having been polled at the request of one of the members of the court *388 and a majority of the judges who are in regular active service and not disqualified not having voted in favor (Fed. R.App. Proc. 35 and 5th Cir. R. 35), the request for rehearing en banc is DENIED.
Voting for en banc rehearing were: Chief Judge Edith H. Jones, Judge E. Grady Jolly, Judge Jerry E. Smith, Judge Edith Brown Clement, and Judge Priscilla R. Owen. Voting against en banc rehearing were: Judge Carolyn Dineen King, Judge W. Eugene Davis, Judge Carl E. Stewart, Judge James L. Dennis, Judge Edward C. Prado, Judge Jennifer Walker Elrod, Judge Leslie H. Southwick, Judge Catharina Haynes, Judge James E. Graves, and Judge Stephen A. Higginson.
Upon the filing of this order, the clerk shall issue the mandate forthwith. See Fed. R.App. Proc. 41(b).